IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DELOIS JONES; et al.                                                              PLAINTIFFS

v.                                                            Civil Action No. 3:18CV91-GHD-RP

L.F. GROUP, INC.; et al.                                                         DEFENDANTS

## ORDER DENYING CROSS-MOTIONS FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendants' motion for summary judgment [Doc. No. 149] is DENIED;

(2) the Plaintiff Delois Jones' motion for summary judgment [Doc. No. 152] is DENIED; and

(3) the Plaintiff's claims shall PROCEED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 16th day of February, 2021.

_____
SENIOR U.S. DISTRICT JUDGE