IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DELOIS JONES, AND AS MOTHER,
NEXT BEST FRIEND, AND PERSONAL
REPRESENTATIVE OF DEANDRE D.
JONES; AND ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES
OF DEANDRE D. JONES                                         PLAINTIFFS

VS.                                     CIVIL ACTION NO. 3:18-CV-91-GHD-RP

L.F. GROUP, INC. D/B/A EXPRESS
SERVICES, INC. D/B/A EXPRESS
EMPLOYMENT PROFESSIONALS AND
EXPRESS SERVICES, INC. D/B/A
EXPRESS EMPLOYMENT
PROFESSIONALS                                               DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on the motion *ore tenus* of the parties to dismiss plaintiff's cause of action with prejudice, and this Court, having considered the same and noting the agreement of the parties and being fully advised in the premises that all claims have been fully and finally settled, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 28th day of June, 2022.

/s/ Glen H. Davidson
HONORABLE GLEN H. DAVIDSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

{D1927640.1}

**APPROVED AND AGREED TO BY:**

*/s/ D. Reid Wamble*

D. Reid Wamble, Esq. – MS Bar No. 9516
*Attorney for Plaintiff*

*/s/ Marissa Watson*

Wilton V. Byars, III, Esq. – MS Bar No. 9335
Hal A. Shillingstad, Esq. (*pro hac vice*) – MN Bar No. 195777
Melissa Kimberly Hodges, Esq. – MS Bar No. 100276
William Christopher Harrison, Esq.
Marissa Watson, Esq. – MS Bar No. 106249
*Attorneys for L. F. Group, Inc. d/b/a*
*Express Services, Inc. d/b/a*
*Express Employment Professionals*